UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE CEDAR CREEK LAKE BOAT SHOP, LLC d/b/a THE BOAT SHOP | § § § | |
| vs. | § § | CIVIL ACTION NO. 6:16-CV-00026 |
| ATLANTIC SPECIALITY INSURANCE COMPANY | § § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, The Cedar Creek Lake Boat Shop LLC d/b/a The Boat Shop ("Plaintiff") and Defendant, Atlantic Specialty Insurance Company ("Defendant"), jointly move to dismiss with prejudice all claims which either Plaintiff or Defendant have asserted, or could have asserted, against each other in this lawsuit. In support of this motion, Plaintiff and Defendant would show the following:

1.

Plaintiff and Defendant would show that a settlement has been reached between them as to all claims and causes of action which they have asserted against each other in this lawsuit. As Plaintiff and Defendant have settled all issues in this lawsuit as relating between them, Plaintiff and Defendant would now jointly move the Court to dismiss all claims Plaintiff has asserted, or could have asserted, against Defendant in this lawsuit, with prejudice to the refiling of same, and to dismiss all claims which Defendant has asserted, or could have asserted against Plaintiff in this lawsuit, with prejudice to the refiling of same.

For all of the above reasons, Plaintiff, The Cedar Creek Lake Boat Shop LLC d/b/a The Boat Shop, and Defendant, Atlantic Specialty Insurance Company, request this motion be granted in its

entirety, and that this Court enter an order dismissing all claims which Plaintiff has or could have asserted against Defendant in this lawsuit, with prejudice to the refiling of same, and dismissing all claims which Defendant has or could have asserted against Plaintiff in this lawsuit, with prejudice to the refiling of same, with all costs of court to be borne by those parties who incurred them.

Respectfully submitted,

/S/Mark S. Humphreys
Mark S. Humphreys
Texas State Bar No. 00789762
702 Dalworth Street
Grand Prairie, Texas 75050
(972) 263-3722
(972) 237-1690 (FAX)
E-Mail: texaslaw94@yahoo.com
ATTORNEY FOR PLAINTIFF

/S/Russell J. Bowman
Russell J. Bowman, Attorney in Charge
Texas State Bar No. 02751550
800 West Airport Freeway, Suite 860
Irving, Texas 75206
(214) 922-0220
(214) 922-0225 (FAX)
E-Mail: russelljbowman@sbcglobal.net
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

This is to certify that on July 3, 2016, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Eastern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Mark S. Humphreys, Attorney for Plaintiff.

S/Russell J. Bowman
Russell J. Bowman