IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE CEDAR CREEK LAKE BOAT SHOP, LLC d/b/a THE BOAT SHOP | § § § § | |
| v. | § § | CASE NO. 6:16cv26-MHS-JDL |
| ATLANTIC SPECIALITY INSURANCE COMPANY | § § | |

## FINAL JUDGMENT

Pursuant to the Motion to Dismiss, the Court hereby enters Final Judgment. Plaintiff Cedar Creek Lake Boat Shop, LLC d/b/a The Boat Shop, filed suit against Atlantic Speciality Insurance Company on January 22, 2016.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**SIGNED this 8th day of July, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE